UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY BIRD,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW SAUL,[1]<br><br>        Defendant. | Case No. 3:19-cv-00757-JD<br><br>**ORDER TO SHOW CAUSE** |

In this social security review action, plaintiff Kristy Bird has failed to file any opposition to defendant's motion to dismiss, which was filed on July 11, 2019. Dkt. No. 10. Her response was due July 25, 2019. Civil L.R. 7-3(a).

Plaintiff Bird is ordered to show cause in writing by **October 25, 2019**, why the case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 10, 2019

JAMES DONATO
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Court substitutes Andrew Saul, Commissioner, Social Security Administration, as defendant in this action.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTY BIRD,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL,<br><br>    Defendant. | Case No. 19-cv-00757-JD<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 10, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kristy Bird
138 Village Ct #6
Walnut Creek, CA 94596


Dated: October 10, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court


                                              By: /s/ Lisa R. Clark
                                              LISA R. CLARK, Deputy Clerk to the
                                              Honorable JAMES DONATO